Joshua H. Watson (CA SBN 238058)
CLAYEO C. ARNOLD, APC
865 Howe Avenue
Sacramento, California 95825
Telephone: 916-777-7777
Facsimile:  916-924-1829
jwatson@justice4you.com

Attorneys for Plaintiff JIM WRIGHT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM WRIGHT, and JACQUI WRIGHT<br><br>Plaintiffs,<br><br>v.<br><br>DePUY ORTHOPAEDICS, INC., DePUY INC., DEPUY INTERNATIONAL LIMITED, JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON INTERNATIONAL,<br><br>Defendants. | CASE NO.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>**JURY TRIAL DEMAND** |
| *Related to:*<br>MDL No. 2197 in U.S. District Court for the Northern District of Ohio, Western Division, Case No. MDL No. 1:10 md 2197 | |

i

COMPLAINT

Plaintiffs file this Complaint in the U.S. District Court for the Eastern District of California. The matter is properly a member case in MDL No. 2197 pending in the Northern District of Ohio, Western Division, Case No. 1:10-md-2197. The matter is filed in the Eastern District of California, where it may also be properly filed, after attempts to file directly into the MDL have been unsuccessful due to difficulties with ECF access. Plaintiffs consent to prompt transfer of this matter.

The attached Short Form Complaint and related operative Long Form Complaint in the MDL are hereby incorporated by reference.

Dated:  December 29, 2021                        CLAYEO C. ARNOLD, APC

                                                 By. /s/ Joshua H. Watson
                                                     JOSHUA H. WATSON
                                                     Attorneys for Plaintiff JIM WRIGHT

**DEMAND FOR JURY TRIAL**

Plaintiffs demand jury trial.

Dated:  December 29, 2021                        CLAYEO C. ARNOLD, APC

                                                 By. /s/ Joshua H. Watson
                                                     JOSHUA H. WATSON
                                                     Attorneys for Plaintiff JIM WRIGHT

*EXHIBIT A*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

---

IN RE: DePUY ORTHOPAEDICS, INC. )
ASR HIP IMPLANT PRODUCTS )     MDL No. 1: 10 md 2197
LIABILITY LITIGATION )
)     **SHORT FORM COMPLAINT**
)     **FOR**
)     **DePUY ORTHOPAEDICS, INC.**
)     **ASR HIP IMPLANT PRODUCTS**
)     **LIABILITY LITIGATION**

---

This applies to:

Jim Wright   v. DePuy Orthopaedics, Inc. *et al.*        **JURY TRIAL DEMAND**

---

Plaintiff(s),

-against-

DePUY ORTHOPAEDICS, INC., DePUY INC., DEPUY INTERNATIONAL LIMITED, JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC. JOHNSON & JOHNSON INTERNATIONAL,

Defendants

---

## ABBREVIATED SHORT FORM COMPLAINT FOR DePUY ORTHOPAEDICS, INC. ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION

1

1. Plaintiff(s), <u>Jim Wright</u>, states and brings this civil action before the Court for the United States District Court for the Northern District of Ohio as a related action in the matter entitled <u>IN RE: DePUY ORTHOPAEDICS, INC. ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION</u>, MDL No. 2197. Plaintiff is filing this short form complaint as permitted by Case Management Order No.4 of this Court.

### ALLEGATIONS AS TO VENUE

2. Venue of this case is appropriate in the <u>Northern</u> District Court of State of <u>Ohio</u>. Plaintiff states that but for the Order permitting direct filing into the Northern District of Ohio pursuant to Case Management Order No 4, Plaintiff would have filed in the <u>Eastern</u> District Court of the State of <u>California</u>. Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

3. Plaintiff <u>Jim Wright</u> is a resident and citizen of <u>Sacramento, California</u> and claims damages as set forth below. Plaintiff's Spouse <u>Jacqui Wright</u>, is a resident and citizen of <u>Sacramento, CA</u> and claims damages as a result of loss of consortium. *[Cross out Spousal Claim if Not Applicable]*

4. Plaintiff was born on <u>02/18/1955</u>.

5. Plaintiff is filing this case in a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. *[Cross out if Not Applicable]* A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required

2

for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

Plaintiff claims damages as a result of:

    __X__ injury to herself/himself

    _____ injury to the person represented

    _____ wrongful death

    _____ survivorship action

    __X__ economic loss

    __X__ loss of services

    __X__ loss of consortium

## ALLEGATIONS AS TO INJURIES

6. Plaintiff was implanted with a DePuy ASR hip implant on his/her __right__ hip on or about __04/26/06__ (date) at the __Kaiser__ (medical center), in __Sacramento__, __California__ by Dr. __David Bovil__.

7. Plaintiff was implanted with a DePuy ASR hip implant on his/her __left__ hip on or about __12/05/07__ (date) at the __Kaiser__ (medical center), in __Sacramento__, __California__ by Dr. __David Bovil__. *[Cross out if not bilateral ASR hips]*

8. On or about __9/24/20__ (date), Plaintiff suffered the following personal and economic injur(ies) as a result of the implantation with the ASR hip implant: __pain, suffering, medical expenses__ ;and

3

further, Plaintiffs reserve all rights under law to assert all damages, regardless of date caused by Defendants' products or actions, not withstanding the format of this short form

9. Plaintiff had the __Right__ ASR hip implant explanted on __9/24/20__, at __Kaiser__ (medical center and address) by Dr. __Mark G. Sucher__ or Plaintiff will be having the _____ ASR hip explanted on or about _____, or Plaintiff has not yet scheduled an explantation of the ASR hip implant. *[Cross out inapplicable sections]*

10. Plaintiff had the __left__ ASR hip implant explanted on __about 11/1/20__, at __Kaiser__ (medical center and address) by Dr. __Mark G. Sucher__ or Plaintiff will be having the _____ ASR hip explanted on or about _____.

11. Plaintiff(s) has suffered injuries as a result of implantation and explantation of the DePuy ASR hip implant manufactured by defendants as shall be fully set forth in Plaintiff's Fact Sheet and other responsive documents provided to the defendants and are incorporated by reference herein.

12. At the time of implantation with the ASR hip implant, the Plaintiff resided at __8689 Tioga Woods Dr, Sacramento, CA 95828__.

[Address, city, state, zip]

13. The defendants by their actions or inactions, proximately caused Plaintiff's injuries.

14. The plaintiff could not have known that the injuries he/she suffered were as a result of a defect in the ASR hip implant until after the date the device was recalled from the market and the plaintiff came to learn of the recall.

4

15. The plaintiff could not have known that he/she was injured by excessive levels of chromium and cobalt until after the date he/she had his/her blood drawn and he/she was advised of the results of said blood-work.

16. As a result of the injuries Plaintiff(s) sustained, he/she/they are entitled to recover compensatory damages for pain and suffering and emotional distress *(if applicable)* and for economic loss as well as punitive damages.

## ALLEGATIONS AS TO DEFENDANTS
## SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

17. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference:

- __X__ FIRST CAUSE OF ACTION
  (NEGLIGENCE);

- __X__ SECOND CAUSE OF ACTION
  (NEGLIGENCE PER SE);

- __X__ THIRD CAUSE OF ACTION
  (STRICT PRODUCTS LIABILITY-DEFECTIVE DESIGN)

- __X__ FOURTH CAUSE OF ACTION
  (STRICT PRODUCTS LIABILITY-MANUFACTURING DEFECT);

- __X__ FIFTH CAUSE OF ACTION
  (STRICT PRODUCTS LIABILITY-FAILURE TO WARN);

- __X__ SIXTH CAUSE OF ACTION
  (BREACH OF EXPRESS WARRANTY);

- __X__ SEVENTH CAUSE OF ACTION
  (BREACH OF WARRANTY AS TO MERCHANTABILITY)

- __X__ EIGHTH CAUSE OF ACTION
  (BREACH OF IMPLIED WARRANTIES);

5

__X__  NINTH CAUSE OF ACTION
(FRAUDULENT MISREPRESENTATION);

__X__  TENTH CAUSE OF ACTION
(FRAUDULENT CONCEALMENT);

__X__  ELEVENTH CAUSE OF ACTION
(NEGLIGENT MISREPRESENTATION);

__X__  TWELFTH CAUSE OF ACTION
(FRAUD AND DECEIT);

__X__  THIRTEENTH CAUSE OF ACTION
(UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER STATE LAW);

__X__  FOURTEENTH CAUSE OF ACTION
(MISREPRESENTATION BY OMISSION);

__X__  FIFTEENTH CAUSE OF ACTION
(CONSTRUCTIVE FRAUD);

__X__  SIXTEENTH CAUSE OF ACTION
(NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS;

__X__  SEVENTEENTH CAUSE OF ACTION
(INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS);

__X__  EIGHTEENTH CAUSE OF ACTION
(GROSS NEGLIGENCE/MALICE);

__X__  NINETEENTH CAUSE OF ACTION
(LOSS OF CONSORTIUM);

__X__  TWENTIETH CAUSE OF ACTION
(PUNITIVE DAMAGES)

__X__  TWENTY-FIRST CAUSE OF ACTION
(MEDICAL MONITORING)

__X__  TWENTY-SECOND CAUSE OF ACTION
(VIOLATION OF APPLICABLE STATE CONSUMER FRAUD STATUTE) – **SPECIFY THE STATUTE ALLEGED** _____

__X__  TWENTY-THIRD CAUSE OF ACTION

6

(RESTITUTION OF ALL PURCHASE COSTS AND DISGORGEMENT OF ALL PROFITS FROM MONIES THAT PLAINTIFF INCURRED IN PURCHASE OF THE HIP IMPLANT)

PLAINTIFF(S) ASSERT(S) THE FOLLOWING ADDITIONAL STATE CAUSES OF ACTION:

_____

_____

_____

_____

_____

_____

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;

2. For punitive or exemplary damages against Defendants;

3. For all applicable statutory damages of the state whose laws will govern this action;

4. For medical monitoring, whether denominated as damages or in the form of equitable relief;

5. For an award of attorneys' fees and costs;

6. For prejudgment interest and the costs of suit; and

7

7. For such other and further relief as this Court may deem just and proper;

8. For default judgment purposes, up to $4,000,000.

## JURY DEMAND

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Respectfully submitted
Counsel for Plaintiff(s)
Joshua H. Watson

Date: 12/6/2021                    /s/ Joshua H. Watson